AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
RICHARD GLENN KANTWILL

Case No. 8:24-cr-269-MSS-UAM

*Defendant*

## ARREST WARRANT     **SEALED**

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RICHARD GLENN KANTWILL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Interstate threats, in violation of 18 U.S.C. § 875(c).

JUN 26 2024 AM 10:05
FILED - USDC - FLMD - TPA

Date: 6/12/24

*Issuing officer's signature*
LISA SILVIA

City and state:   Tamp, Florida          ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/13/2024, and the person was arrested on *(date)* 06/18/2024
at *(city and state)* Tampa, FL.

Date: 6-18-2024

*Arresting officer's signature*

Nate Russ / SA FBI
*Printed name and title*